UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARGARET SAGER, <br><br> Defendant. | INFORMATION <br><br> 18 U.S.C. § 111(a)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 13, 2026, in the State and District of Minnesota, the defendant,

### MARGARET SAGER,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a United States Immigration and Customs Enforcement employee, while such employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED
FEB 17 2026
U.S. DISTRICT COURT MPLS

Dated: February 17, 2026

DANIEL N. ROSEN
United States Attorney

_/s/ *Zain Abid*_
BY: ZAIN ABID
Special Assistant United States Attorney